**ORIGINAL FILED**

SEP 2 0 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | CALIFORNIA |

AMCO INSURANCE COMPANY,
                    Plaintiff (s),
V.
EUREKA OXYGEN COMPANY, et al.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 10-1257-JL

Notice is hereby given that, subject to approval by the court, __JANICE ELLEBRECHT__ substitutes
                                                                                (Party (s) Name)

__DUANE H. TIMMONS__, State Bar No. __51710__ as counsel of record in
        (Name of New Attorney)

place of __STEPHEN J. SCHORI__.
            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    NISSON, PINCIN & HILL
Address:      P.O. BOX 992710
Telephone:    (530) 246-4201       Facsimile (530) 246-1426
E-Mail (Optional):

I consent to the above substitution.
Date: 9/10/10
                                                    (Signature of Party (s))

I consent to being substituted.
Date: 8/25/10
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: August 17, 2010
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9-20-10
                                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]