BARBARA ANN E. CAULFIELD – CBN 160667
LAW OFFICES OF DENNIS P. ISAAC
TWO RINCON CENTER
121 SPEAR STREET, SUITE 410
SAN FRANCISCO, CA, 94105
Telephone: (415) 836-2626
Facsimile: (415) 836-3104
e-mail: barbara.caulfield@chartisinsurance.com

Attorneys for Defendant,
EUREKA OXYGEN COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY,, <br><br> Plaintiff, <br><br> vs. <br><br> EUREKA OXYGEN COMPANY, and DOES 1 through 100, inclusive <br><br> Defendants. | Case No.: CV 10-1257-JL <br><br> STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| EUREKA OXYGEN COMPANY, <br><br> Third Party Plaintiff, <br><br> Vs. <br><br> JANICE ELLEBRECHT, et al. <br><br> Third Party Defendants. | |

The parties hereto, by and through their attorneys of record, hereby stipulate to an Order setting aside/vacating the Case Management Conference currently scheduled for February 16, 2011, and resetting the Case Management Conference for March 16, 2011. The reason for the

1

AMCO INSURANCE COMPANY V.
EUREKA OXYGEN COMPANY

STIPULATION AND PROPOSED ORDER TO
CONTINUANCE OF CASE MANAGEMENT
CONFERENCE

1  | continuance is that counsel for Eureka Oxygen Company is in trial in San Joaquin County
2  | Superior Court and will be unavailable on February 16, 2011.
3  | IT IS SO STIPULATED.
4  | DATED: February 8, 2011          LONG & LEVIT
5  |
6  |                                  JOHN HOOK
7  |                                  Attorneys for Plaintiff
                                      AMCO INSURANCE COMPANY
8  |
9  | DATED: February 7, 2011          LAW OFFICES OF DENNIS P. ISAAC
10 |
11 |                              for  BARBARA ANN CAULFIELD
                                      Attorneys for Defendant and Third Party Plaintiff
12 |                                  EUREKA OXYGEN COMPANY
13 |
14 | DATED: February 8, 2011          NISSON, PINSON & HILL
15 |
16 |                                  DUANE H. TIMMONS
17 |                                  Attorneys for Third Party Defendant
                                      JANICE ELLEBRECHT
18 |                                  **ORDER**
19 |
20 |     The Court having considered the Stipulation of Counsel and good cause appearing,
21 |     IT IS HEREBY ORDERED that the Case Management Conference set for February 16,
22 | 2011, is vacated and rescheduled to March 16, 2011, at 10:30 a.m. in Department F.
23 |     IT IS FURTHER ORDERED that the previous order permitting counsel for Janice
24 | Ellebrecht to appear at the CMC by telephone remains in effect for the new date.
25 | DATED: February 9, 2011
26 |                                  Hon. James Larson
27 |                                  Magistrate Judge
28 |

AMCO INSURANCE COMPANY V.                     STIPULATION AND PROPOSED ORDER TO
EUREKA OXYGEN COMPANY                         CONTINUANCE OF CASE MANAGEMENT
                                              CONFERENCE

2