| | | |
|---|---|---|
| DENNIS P. ISAAC<br>ROBERT JOSEPH BROWN<br>MANUEL A. LAZO*<br>JOHN C. PETERSON<br>DENNIS A. BABBITS<br>BRUCE D. PARKER<br>MICHAEL J. EASLEY<br>JEFFREY A. BUCK<br>LAUREN SEDER ANTONAKIS<br>BARBARA CAULFIELD | LAW OFFICES OF<br>**DENNIS P. ISAAC**<br>Staff Counsel for Chartis<br>TWO RINCON CENTER<br>121 SPEAR STREET<br>SUITE 410<br>SAN FRANCISCO, CALIFORNIA 94105 | TELEPHONE (415) 836-2626<br>FAX (415) 836-3104 |

*Certified Workers Compensation Specialist

September 1, 2011

Magistrate Judge Joseph C. Spero
United States District Court, Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:** **Amco Insurance Company v. Eureka Oxygen Company**
My Client:            :   Eureka Oxygen Company
Court Case Number  :   CV 10 1257
Date of Loss         :   9/18/08
My File Number      :   CASF-4583

Dear Judge Spero:

This office represents defendant Eureka Oxygen Company in the above-referenced matter. There is a Settlement Conference being scheduled for October 12, 2011 at 9:30 a.m. before you.

David Patrick of Chartis Insurance is the adjuster handling this claim on behalf of Eureka Oxygen. His office is in New Jersey. I request authority for Mr. Patrick to be telephonically available for the settlement conference. I have conferred with Mr. Hook, counsel for plaintiff, and Mr. Timmons, counsel for Janice Ellebrecht of the Candy Stick Grill. Neither objects to Mr. Patrick be available telephonically.

If additional information is needed, please let me know. Thank you for your attention to this request.

Dated: 9/2/11

*[Stamp: IT IS SO ORDERED — Judge Joseph C. Spero — United States District Court, Northern District of California]*

LAW OFFICE OF DENNIS P. ISAAC

By _____
Barbara A. Caulfield

cc:   John Hook
cc:   Duane Timmons