IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>EUREKA OXYGEN COMPANY,<br><br>  Defendant. | Case Number 3:10-CV-01257 NC<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND GRANTING MOTION TO APPEAR TELEPHONICALLY**<br><br>Re: Docket Nos. 35, 37 |

    Plaintiff Amco Insurance Company, Defendant Eureka Oxygen Company, and Third-Party Defendant Janice Ellebrecht jointly request that the Court continue the case management conference currently scheduled for September 14, 2011 to October 26, 2011. *See* Dkt. No. 35. Defendant Ellebrecht moves to appear telephonically at the case management conference scheduled for September 14, 2011. *See* Dkt. No. 37. The Court denies the parties' request to continue the September 14 case management conference and grants Ellebrecht's motion to appear telephonically at such conference.

    IT IS SO ORDERED.

DATED: September 6, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:10-CV-01257 NC
ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY