# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

|  |  |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EUREKA OXYGEN COMPANY,<br><br>Defendant. | Case Number 10-cv-01257 NC<br><br>**CASE MANAGEMENT ORDER** |

The parties attended a case management conference on September 14, 2011. After considering the joint case management statement submitted by the parties, Dkt. No. 35, and the representations made by the parties at the case management conference, IT IS HEREBY ORDERED that:

1. DISCOVERY. All non-expert discovery must be completed by the parties by December 16, 2011. All expert discovery must be completed by March 16, 2012.

2. EXPERT WITNESSES. The disclosure of expert witness opinions must be completed by January 30, 2012. Supplemental disclosures of expert witness opinions must be completed by February 13, 2012.

3. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than March 2, 2012.

4. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss the preparation of a joint pretrial statement and counsel shall file a pretrial

statement before the pretrial conference.

5. PRETRIAL CONFERENCE. The final pretrial conference will be held on April 18, 2012, at 2:00 p.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE. Jury trial shall commence on May 7, 2012, at 9:00 a.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.


DATED: October 21, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge