IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EUREKA OXYGEN COMPANY,<br><br>Defendant. | Case Number 3:10-CV-01257 NC<br><br>**ORDER GRANTING REQUEST TO EXTEND TIME**<br><br>Re: Docket No. 43 |

Plaintiff AMCO and Defendant Eureka filed a joint stipulation requesting the Court to allow AMCO to file a motion to compel with respect to its second request for production of documents from Eureka and its request for admissions from Eureka within ten days of the date AMCO receives Eureka's document production pursuant to AMCO's second request for production of documents. *See* Dkt. No. 43, Letter and Joint Stipulation at 2. The request is GRANTED.

IT IS SO ORDERED.

DATED: December 20, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge