LEWIS BRISBOIS BISGAARD & SMITH LLP
SHAWN A. TOLIVER, SB# 148349
E-Mail: toliver@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant EUREKA OXYGEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> EUREKA OXYGEN CO., <br><br> Defendant. | CASE NO. 10-cv-01257 NC <br><br> **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |

1  Defendant EUREKA OXYGEN CO. hereby substitutes Shawn A. Toliver, Esq., Law
2  Offices of Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San
3  Francisco, California 94104, (415) 362-2580, as attorneys of record in place and stead of Barbara
4  Ann Ellen Caulfield, Esq., Law Office of Dennis P. Isaac, 2 Rincon Center, 121 Spear Street,
5  Suite 410, San Francisco, CA 94105, (415) 836-2626.

DATED: January 13, 2012    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Shawn A. Toliver
Attorneys for Defendant EUREKA OXYGEN CO.

We consent to the above substitution.

DATED: January 13, 2012    LAW OFFICE OF DENNIS P. ISAAC

By: _____
Barbara Ann Ellen Caulfield
Attorneys for Defendant EUREKA OXYGEN CO.

SUBSTITUTION OF ATTORNEY IS HEREBY __IS__ ACCEPTED _____ DENIED.

DATED: January 31, 2012    By: _____
Honorable Nathanael M. Cousins.
United States Magistrate Judge