LEWIS BRISBOIS BISGAARD & SMITH LLP
SHAWN A. TOLIVER, SB# 148349
E-Mail: toliver@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant EUREKA OXYGEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE CO., | CASE NO. 10-cv-01257 NC |
| Plaintiff, | SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER |
| vs. | |
| EUREKA OXYGEN CO., | |
| Defendant. | |

Defendant EUREKA OXYGEN CO. hereby substitutes Shawn A. Toliver, Esq., Law Offices of Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San Francisco, California 94104, (415) 362-2580, as attorneys of record in place and stead of Barbara Ann Ellen Caulfield, Esq., Law Office of Dennis P. Isaac, 2 Rincon Center, 121 Spear Street, Suite 410, San Francisco, CA 94105, (415) 836-2626.

DATED: January 13, 2012           LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By: _____
                                      Shawn A. Toliver
                                      Attorneys for Defendant EUREKA OXYGEN CO.

We consent to the above substitution.

DATED: January 13, 2012           LAW OFFICE OF DENNIS P. ISAAC

                                  By: _____
                                      Barbara Ann Ellen Caulfield
                                      Attorneys for Defendant EUREKA OXYGEN CO.

SUBSTITUTION OF ATTORNEY IS HEREBY __IS__ ACCEPTED  _____ DENIED.

DATED: January 31, 2012           By: _____
                                      Honorable Nathanael M. Cousins.
                                      United States Magistrate Judge