IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>EUREKA OXYGEN COMPANY,<br><br>Defendant. | Case Number 10-cv-01257 NC<br><br>**AMENDED CASE MANAGEMENT ORDER** |

The parties attended a case management conference on September 14, 2011, and the court issued a case management order on October 21, 2011. *See* Dkt. No. 42. The parties now request additional cut-off dates for items five through eleven listed under Civil Local Rule 16-10(b). Dkt. No. 51. Accordingly, the case management order is amended as follows:

    1. DISCOVERY. All non-expert discovery must be completed by the parties by December 16, 2011. All expert discovery must be completed by March 16, 2012.

    2. EXPERT WITNESSES. The disclosure of expert witness opinions must be completed by January 30, 2012. Supplemental disclosures of expert witness opinions must be completed by February 13, 2012.

    3. PRETRIAL MOTIONS. All pretrial motions must be filed and served by February 17, 2012. Any filed pretrial motions will be heard no later than March 16, 2012.

    4. EXHIBITS AND RELATED PRETRIAL FILINGS. All (1) exhibits; (2) statements

designating excerpts from depositions, interrogatory answers, and responses to requests for admission; and (3) any other material to be offered at trial other than for impeachment or rebuttal must be lodged by April 4, 2012. A party objecting to the receipt into evidence of any proposed testimony, exhibit, or material must meet and confer with the opposing party by April 11, 2012.

     5. PRETRIAL STATEMENTS. At a time convenient to both, counsel must meet and confer to discuss the preparation of a joint pretrial statement. Counsel must file a joint pretrial statement by April 11, 2012.

     6. PRETRIAL CONFERENCE. The final pretrial conference will be held on April 18, 2012, at 2:00 p.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case must attend personally.

     7. JURY INSTRUCTIONS. The parties must serve and file requested voir dire questions, jury instructions, and forms of verdict by May 1, 2012.

     8. TRIAL DATE. Jury trial will commence on May 7, 2012, at 9:00 a.m., in Courtroom A, 15th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

     IT IS SO ORDERED.

DATED: February 9, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 10-cv-01257 NC
AMENDED CASE
MANAGEMENT ORDER      2