UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMCO INSURANCE COMPANY,

    Plaintiff,

v.

EUREKA OXYGEN COMPANY,

    Defendant.

Case No. 3:10-cv-01257

**ORDER**

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, May 8, 2012, at 9:00 a.m.**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: May 1, 2012

NATHANAEL COUSINS
United States Magistrate Judge