# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EUREKA OXYGEN COMPANY,<br><br>　　　　Defendant and<br>　　　　Cross-plaintiff,<br><br>　v.<br><br>JANICE ELLEBRECHT,<br><br>　　　　Cross-defendant. | Case No. 10-cv-01257 NC<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 145 |

On May 15, 2012, the jury returned a verdict in this matter in favor of AMCO and against Eureka with respect to AMCO's claim against Eureka, and in favor of Ellebrecht and against Eureka with respect to Eureka's cross-claims against Ellebrecht. Dkt. No. 145. The jury further found that Eureka was 10% responsible for the harm caused to AMCO and that AMCO is entitled to damages totaling $43,900. *Id.*

By June 13, 2012, Eureka must file in ECF a brief explaining why the Court should not enter a judgment against it for $43,900. Responses to that brief may be filed no later than June

27, 2012. Eureka may file a reply no later than July 5, 2012.

IT IS SO ORDERED.

Date: May 30, 2012

Nathanael M. Cousins
United States Magistrate Judge