1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10         **NORTHERN DISTRICT OF CALIFORNIA**

11         **SAN FRANCISCO DIVISION**

12   AMCO INSURANCE COMPANY,                    Case No. 10-cv-01257 NC

13              Plaintiff,                      **ORDER TO SHOW CAUSE**

14         v.
                                               Re: Dkt. No. 145
15   EUREKA OXYGEN COMPANY,

16              Defendant and

17              Cross-plaintiff,

18         v.

19   JANICE ELLEBRECHT,

20              Cross-defendant.

21

22         On May 15, 2012, the jury returned a verdict in this matter in favor of AMCO and against

23   Eureka with respect to AMCO's claim against Eureka, and in favor of Ellebrecht and against

24   Eureka with respect to Eureka's cross-claims against Ellebrecht.  Dkt. No. 145.  The jury further

25   found that Eureka was 10% responsible for the harm caused to AMCO and that AMCO is entitled

26   to damages totaling $43,900.  *Id.*

27         By June 13, 2012, Eureka must file in ECF a brief explaining why the Court should not

28   enter a judgment against it for $43,900.  Responses to that brief may be filed no later than June

Case No. 10-cv-01257 NC
ORDER TO SHOW CAUSE

1    27, 2012. Eureka may file a reply no later than July 5, 2012.

2        IT IS SO ORDERED.

3    Date: May 30, 2012

                                        Nathanael M. Cousins

4                                         United States Magistrate Judge