UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>EUREKA OXYGEN COMPANY,<br><br>             Defendant. | Case No. 3:10-cv-01257 NC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND VACATING TRIAL DATES** |

In light of the jurisdictional issues raised in the case management statement, the case management conference is continued until November 24, 2014 at 2:00 p.m., in Courtroom A, 15th Floor, San Francisco. The pretrial conference and all trial filing deadlines are vacated pending further court order after mandate is issued.

IT IS SO ORDERED.

DATED: November 6, 2014

NATHANAEL COUSINS
United States Magistrate Judge

Case No. 3:10-cv-01257 NC
ORDER CONTINUING CASE MANAGEMENT CONFERENCE