1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      v.<br><br>EUREKA OXYGEN COMPANY,<br><br>            Defendant. | Case No.  3:10-cv-01257 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No.  228 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order.  All scheduled dates, including the trial and pretrial dates, are VACATED.

IT IS SO ORDERED.

Date:  January 14, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge